JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GLORIA TORRES DAVILA,

      Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

Case No. 2:15-cv-02905 (VEB)

JUDGMENT

    For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor and this case is REMANDED for further proceedings consistent with the

accompanying Decision and Order; and (4) this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

DATED this 1st day of June, 2016,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE